IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-030-CV





TRANSIT HOMES OF AMERICA, INC.,



 APPELLANT


vs.





RAILROAD COMMISSION OF TEXAS; JAMES E. "JIM" NUGENT;


BARRY WILLIAMSON; MARY SCOTT NABERS; MORGAN DRIVE AWAY,


INC.; AND BARRETT MOBILE HOME TRANSPORT, INC.,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT



NO. 93-03403, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: November 2, 1994

Do Not Publish